appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. *Ellis G. Arnall* and *Cleburne E. Gregory, Jr.* for appellants. *D. Arthur Magaziner* for appellees.

No. 5, Original, October Term, 1950. NEW JERSEY *v.* NEW YORK ET AL. The motion of the City of New York for leave to file an amended petition to modify the decree is granted and the parties are allowed thirty days within which to answer the amended petition. *Denis M. Hurley, John P. McGrath, Jeremiah M. Evarts, James J. Thornton* and *Richard H. Burke* for the City of New York. *Theodore D. Parsons,* Attorney General, *Robert Peacock,* Deputy Attorney General, and *Kenneth H. Murray* for the State of New Jersey.

No. 540, October Term, 1952. UNITED STATES *v.* NUGENT; and

No. 573, October Term, 1952. UNITED STATES *v.* PACKER, 346 U. S. 1. Petition for rehearing denied. Motions to correct and for clarification of the opinion also denied. THE CHIEF JUSTICE and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 368, Misc., October Term, 1952. GOODMAN ET AL. *v.* McMILLAN, TRUSTEE, ET AL., 345 U. S. 929. Petition for further consideration denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 96, Misc. AHERN *v.* GREEN, SUPERINTENDENT, FAIRFIELD STATE HOSPITAL; and

No. 97, Misc. LUCAS *v.* HIATT, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.